FILED IN OPEN COURT
U.S.D.C Atlanta

FEB 19 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:08-CR-043-CC-AJB |
| MACK S. SMITH | : | |

### VERDICT

**INSTRUCTIONS**: If you reach a unanimous decision as to defendant MACK S. SMITH as to any count, please write in the blank space below the word or words, "GUILTY" or "NOT GUILTY", that reflect your verdict.

1.  We, the jury, find the defendant __Not Guilty__, as to Count One.

    If you find the defendant guilty, please proceed to answer subpart (A) below and complete the remainder of this form. If you find the defendant not guilty, please proceed to question 2 and complete the remainder of this form.

    (A)  Please review the Indictment and indicate below which of the charged acts defendant engaged in:

    1(a) _____ and/or
    1(b) _____
    1(c) _____

2.  We, the jury, find the defendant __Guilty__, as to Count 2.

3.  We, the jury, find the defendant __Guilty__, as to Count 3.

4.  We, the jury, find the defendant __Guilty__, as to Count 4.

5.  We, the jury, find the defendant __Guilty__, as to Count 5.

6. We, the jury, find the defendant ___Guilty___, as to Count 6.

7. We, the jury, find the defendant ___Guilty___, as to Count 7.

8. We, the jury, find the defendant ___Guilty___, as to Count 8.

9. We, the jury, find the defendant ___Guilty___, as to Count 9.

10. We, the jury, find the defendant ___Guilty___, as to Count 10.

11. We, the jury, find the defendant ___Guilty___, as to Count 11.

12. We, the jury, find the defendant ___Guilty___, as to Count 12.

13. We, the jury, find the defendant ___Guilty___, as to Count 13.

14. We, the jury, find the defendant ___Guilty___, as to Count 14.

15. We, the jury, find the defendant ___Guilty___, as to Count 15.

16. We, the jury, find the defendant ___Guilty___, as to Count 16.

17. We, the jury, find the defendant ___Guilty___, as to Count 17.

18. We, the jury, find the defendant ___Guilty___, as to Count 18.

19. We, the jury, find the defendant ___Guilty___, as to Count 19.

20. We, the jury, find the defendant ___Guilty___, as to Count 20.

21. We, the jury, find the defendant ___Guilty___, as to Count 21.

22. We, the jury, find the defendant ___Guilty___, as to Count 22.

23. We, the jury, find the defendant ___Guilty___, as to Count 23.

24. We, the jury, find the defendant ___Guilty___, as to Count 24.

25. We, the jury, find the defendant ___Guilty___, as to Count 25.

26. We, the jury, find the defendant __Guilty__, as to Count 26.

27. We, the jury, find the defendant __Guilty__, as to Count 27.

28. We, the jury, find the defendant __Guilty__, as to Count 28.

29. We, the jury, find the defendant __Guilty__, as to Count 29.

30. We, the jury, find the defendant __Guilty__, as to Count 30.

31. We, the jury, find the defendant __Guilty__, as to Count 31.

32. We, the jury, find the defendant __Guilty__, as to Count 32.

33. We, the jury, find the defendant __Guilty__, as to Count 33.

34. We, the jury, find the defendant __Guilty__, as to Count 34.

35. We, the jury, find the defendant __Guilty__, as to Count 35.

36. We, the jury, find the defendant __Guilty__, as to Count 36.

37. We, the jury, find the defendant __Guilty__, as to Count 37.

38. We, the jury, find the defendant __Guilty__, as to Count 38.

39. We, the jury, find the defendant __Guilty__, as to Count 39.

40. We, the jury, find the defendant __Guilty__, as to Count 80.

41. We, the jury, find the defendant __Guilty__, as to Count 81.

42. We, the jury, find the defendant __Guilty__, as to Count 82.

43. We, the jury, find the defendant __Guilty__, as to Count 83.

44. We, the jury, find the defendant __Guilty__, as to Count 84.

45. We, the jury, find the defendant __Guilty__, as to Count 85.

46. We, the jury, find the defendant __Guilty__, as to Count 86.

47. We, the jury, find the defendant __Guilty__, as to Count 87.

48. We, the jury, find the defendant __Guilty__, as to Count 88.

49. We, the jury, find the defendant __Guilty__, as to Count 89.

50. We, the jury, find the defendant __Guilty__, as to Count 90.

51. We, the jury, find the defendant __Guilty__, as to Count 91.

52. We, the jury, find the defendant __Guilty__, as to Count 92.

53. We, the jury, find the defendant __Guilty__, as to Count 93.

54. We, the jury, find the defendant __Guilty__, as to Count 94.

55. We, the jury, find the defendant __Guilty__, as to Count 95.

56. We, the jury, find the defendant __Guilty__, as to Count 96.

57. We, the jury, find the defendant __Guilty__, as to Count 97.

58. We, the jury, find the defendant __Guilty__, as to Count 98.

59. We, the jury, find the defendant __Guilty__, as to Count 99.

60. We, the jury, find the defendant __Guilty__, as to Count 100.

61. We, the jury, find the defendant __Guilty__, as to Count 101.

62. We, the jury, find the defendant __Guilty__, as to Count 102.

63. We, the jury, find the defendant __Guilty__, as to Count 103.

64. We, the jury, find the defendant __Guilty__, as to Count 104.

65. We, the jury, find the defendant __Guilty__, as to Count 105.

This _19th_ day of February, 2009.

_____
(Sign)    Foreperson

_____
(Print)   Foreperson

DANIEL T. TIEFT